**Draye DURHAM, Appellant**

v.

**COMMONWEALTH of Pennsylvania DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

April 30, 2008.

***ORDER***

PER CURIAM.

**AND NOW,** this 30th day of April, 2008, the order of the Commonwealth Court is hereby **AFFIRMED.**

Jurisdiction relinquished.

---

**12.** We also note that although the Superior Court dissent may be correct in its determination that the Model Penal Code and the placement of Section 5503 among other public nuisance statutes in the Crimes Code supports the conclusion that the language of Section 5503(b) is to read without the insertion of the word "public," we need not explore such analysis because of our conclusion that the plain and express language of the statute provides sufficient basis supporting our holding. *See Dellisanti, supra* at 112, 876 A.2d at 369.